UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADUSH NICHOLAS MUCAJ,
A-095-903-971

        Petitioner,

     v.

WARDEN, GOLDEN STATE ANNEX,
et. al.,

        Respondents.

No.  1:26-cv-02467-TLN-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 20, 2026, the undersigned issued a briefing schedule and denied Respondents' request to lift a no-transfer order, because "the travel document provided by Respondent was issued January 6, 2026, and was only valid until January 10, 2026. [footnote omitted] See ECF No. 6-2. Thus, this Court's no transfer order, issued April 7, 2026, does not interfere with Petitioner's removal because there are no valid travel documents for Petitioner." ECF No. 12, pg. 2.

Respondents timely filed a return, claiming the travel document was valid through October 1, 226. See ECF no. 14, pg. 2. Petitioner timely tiled a reply, citing that "[t]he The Court

1

has already noted that Petitioner's removal was not accomplished during the period in which that document was valid, and Respondents provide no explanation for that failure." ECF No. 16, pg. 2. Respondents then filed a request for judicial notice, asserting that "Albania utilizes the day-month-year date format instead of the month-day-year format." ECF No. 12, pg. 1 (citing ECF No. 17-1 and https://worldpopulationreview.com/country-rankings/date-format-by-country). Respondents provide that "As further evidence of this Respondents can file an unredacted copy of Petitioner's travel document that list his birthday written in a similar manner as in day-month-year format if directed by the Court." Id.

The Court informed Respondents that the travel document provided was valid only through January 10, 2026, ECF No. 12, two weeks prior to Respondents filing their return. In the return, Respondents stated that the document was valid through October 1, 2026, but did not explain that Albania uses the day-month-year format. This information is crucial to Petitioner's Zadvydas claim, which requires the Court to consider whether there is significant likelihood of Petitioner's removal in the reasonably foreseeable future. See Zadvydas v. Davis, 533 U.S. 678, 690 (2001). Respondents were aware of how the Court read the document and the return was Respondents' opportunity to explain why the document should be read differently. However, Respondents waited until Petitioner filed a reply, which relied on the date provided on the travel document, to respond to Respondents' claims. See ECF No. 16, pg. 2 ("The Court has already noted that Petitioner's removal was not accomplished during the period in which that document was valid, and Respondents provide no explanation for that failure." )

Thus, Respondents are admonished for their delayed request for judicial notice and the Court finds that granting such judicial notice, absent providing Petitioner an opportunity to file an amended reply, would prejudice Petitioner. Petitioner is entitled to the opportunity to respond to Respondents' arguments. Thus, the Court will direct Respondents to file an unredacted version of the travel document, in support of their request for judicial notice, within three (3) days of the date of this order. Petitioner will be provided seven (7) days from the date of such filing to file an amended reply, if any. If Respondents fail to file the unredacted travel document within the time ordered, the Court will construe such failure as a withdrawal of the request for judicial

notice and the merits will be addressed as presented in the return, absent explanation for Respondents' claim the travel document is still valid.

Accordingly, it is HEREBY ORDERED that:

1. Respondents are directed to file an unredacted travel document for Petitioner, in support of their request for judicial notice, ECF No. 17, within three (3) days of the date of this order;

2. Respondents' failure to timely file in accordance with this order will be construed as a withdrawal of the request for judicial notice, ECF No. 17;

3. Petitioner may file an amended reply within seven (7) days of the date of Respondents' filing.

Dated: May 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3