UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADUSH NICHOLAS MUCAJ,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX, et. al.,<br>Respondents. | No. 1:26-cv-02467-TLN-DMC-HC<br>A # 095-903-971<br>**RELEASE ORDER** |

Petitioner, an immigration detainee represented by appointed counsel, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 11.) The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 26, 2026, the assigned magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 24.) Respondents filed timely objections to the findings and recommendations which this Court has considered herein. (ECF No. 25.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 26, 2026 (ECF No. 24) are ADOPTED in full.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Adush Nicholas Mucaj (A # 095-903-971). Respondents shall provide Petitioner a copy of this Order at or near the time of release. At the time of release, Respondents must return all of Petitioner's documents and possessions. **Respondents must file a notice certifying compliance with this provision of the Court's Order within two (2) court days from the date of this Order.**

4. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with statutory and constitutional protections, including seven-days' pre-deprivation notice as well as strict compliance with the requirements of 8 C.F.R. § 241.13(i) and/or a pre-deprivation hearing before a neutral fact-finder where Respondents show by clear and convincing evidence that material changed circumstances demonstrate (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. *See Zadvydas*, 533 U.S. at 690; *Hernandez*, 872 F.3d at 990. At any such hearing, Petitioner shall be allowed to have counsel present.

5. The Clerk of the Court is directed to serve **Golden State Annex Detention Facility** with a copy of this Order.

6. Petitioner's motion to appoint counsel (ECF No. 26) is DENIED as moot.

7. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Date: July 14, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE